**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000239**
**20-MAY-2025**
**09:10 AM**
**Dkt. 173 OCOR**

CAAP-20-0000239

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KELLY WAIAU, Individually and as Guardian Prochien Ami
of MINOR BOY 1, RAQUEL BALGA; ROMAINE DEBBIE CASTRO,
as Personal Representative of the Estate of AMOS KEN AGLIAM,
Plaintiffs-Appellants, v.
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.;
FIRST INSURANCE COMPANY OF HAWAII, LTD.; GENERAL STAR
INDEMNITY COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY,
Defendants-Appellees, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10;
and ROE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 18-1-0123K)

SECOND ORDER OF CORRECTION
(By: Leonard, Acting Chief Judge, for the court)[1]

IT IS HEREBY ORDERED that the Opinion entered on December 31, 2024 (docket no. 113) in the above case is corrected as follows:

On page 33, footnote 15, line 3, remove the hyphen from "third-party".

On page 33, footnote 16, line 1, replace "Conflicts" with "Conflict".

---

[1] Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.

On page 33, footnote 16, line 5, replace "Conflicts of Provision" with "Conflict of Provisions".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai‘i, May 20, 2025.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge

2